AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| RENE BRAVO | ) | 6:24-mj- 1219 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

# CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  July 21, 2023 to Feb. 29, 2024   in the county of   Osceola and   Orange   in the

   Middle   District of    Florida   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Attempt to persuade, induce, and entice an individual believed to be under the age of 18 years, to engage in sexual activity |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_Complainant's signature_

Jennifer Wing, Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date:  March 1, 2024

_Judge's signature_

City and state:                Orlando, FL

DAVID A. BAKER
_Printed name and title_

**STATE OF FLORIDA**

**COUNTY OF ORANGE**

**CASE NO. 6:24-mj-** 1219
6:24-mj-1221

**MASTER AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT
AND APPLICATION UNDER RULE 41 FOR A WARRANT
TO SEARCH AND SEIZE**

I, Jennifer Wing, after being duly sworn, depose and state:

1.      I am a Task Force Officer (TFO) with the Federal Bureau of
Investigation (FBI) and have been since July 2021. Furthermore, I am a
Detective with the Orlando Police Department and have approximately 11
years of law enforcement experience. I have two degrees in Criminal Justice, a
Bachelor of Science and a Master of Science, with a certificate in Criminal
Profiling. I am a graduate of the TECO Criminal Justice Academy, where I
completed a 770-hour Law Enforcement Academy. I have completed
advanced training in the following courses: Interviews and Interrogations, Sex
Crimes Investigations, Advanced Human Trafficking Investigations, Crisis
Response in Child Abuse/Victim Assault Cases, Advanced Interviewing,
Universal Interviewing Tactics for Patrol Officers, Detecting Truthfulness,
Forensic Interviewing, Internet Crimes Against Children (ICAC) Investigation
of Cybertips, Offenders of Children and Child Sexual Abuse Imagery, Under
Cover Chats and Techniques (40 hour course), BitTorrent Investigations (40
hour course), Emule Investigations (24 hour course), Analysis of Child

Exploitation Material using Project VIC and Griffeye Analyze DI (16 hour course), ICAC Program Overview, and A Walk Through of ICAC Standards.

2.     In my capacity as an Orlando Police Officer, I have been involved in investigations related to drugs, thefts, economic crimes, burglaries, batteries, robberies, homicides, adult and child sex crimes, and child abuse investigations. I was a Property Detective, where I was assigned a large case load in the busiest sector of the city. I have written multiple arrest warrants and search warrants pertaining to property related crimes. In 2020, I was assigned to the Special Victims Unit, where I investigated or assisted in investigating Sexual Battery, Lewd or Lascivious Battery and Molestation, Kidnapping, Homicide, and Child Abuse cases.

3.     I am a current member of the Internet Crimes Against Children Central Florida Task Force (ICAC) where I have investigated over 800 sexually related or internet-based crimes. I have written multiple arrest and search warrants pertaining to sexually related or internet-based crimes. These search warrants have yielded lawful arrests and investigations. As a member of the ICAC Task Force, I have had the opportunity to consult with numerous experts at the local, state, and national levels in the area of child pornography, internet child solicitation, and computer forensics. On a daily basis, members

2

of the ICAC task force work as a team and share their expertise on various topics.

4.     I have been dually sworn as a Special Deputy United States Marshal and assigned to the Violent Crimes Against Children (VCAC) FBI Task Force since 2021. I have participated in investigations involving sex crimes, child exploitation, child pornography, human trafficking, and computer crimes, among other things. I have also investigated and assisted in the investigations of possession, receipt, distribution, and production of child pornography. During the course of my training and investigations, I have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media.

5.     This affidavit is submitted in support of a criminal complaint against RENE BRAVO (BRAVO) for a violation of 18 U.S.C. § 2422(b).  This affidavit in also submitted in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search the Dark Gray Samsung SM-S928U1 (the "DEVICE"), located in the FBI's possession at 480 South Keller Road, Orlando, Florida 32810, further described in Attachment A, for the things described in Attachment B.

6.      As set forth in more detail below, I believe there is probable cause that BRAVO, using facilities and means of interstate commerce, that is, the Internet and a cell phone, did knowingly attempt to persuade, induce, and entice an individual whom he believed had not attained the age of 18 years, to engage in sexual activity for which he could have been charged with lewd or lascivious battery (engage in sexual activity with a person 12 years of age or older but less than 16 years of age), in violation of Fla. Stat. § 800.04(4)(a)(1) & (2), all in violation of 18 U.S.C. § 2422(b).

7.      I make this affidavit from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from law enforcement officers, information from agency reports, and review of documents provided to me by these witnesses and law enforcement officers.  Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint and search warrant, I have not set forth each and every fact learned during the course of this investigation. For example, because of the high number of text messages exchanged between BRAVO and the notional minor (the OCE) during the course of the investigation, I have included just selected portions of the text message exchanges sufficient to establish probable cause.

8.      Title 18, United States Code, Section 2422(b) prohibits a person from using the mail or any facility or means of interstate or foreign commerce to knowingly attempt to persuade, induce, entice, or coerce an individual who has not attained the age of 18 years, to engage in prostitution or sexual activity for which any person can be charged with a criminal offense.

## INVESTIGATION

9.      On or about May 2023, an FBI Online Covert Employee (OCE) created an advertisement on social media platform called "Locanto." The advertisement titled "Bored in Orlando Hotel -23." The body of the advertisement stated "Hanging out in Orlando for the weekend. HMU if your bored too." The advertisement included a picture of a police decoy, when the police decoy was approximately 13 years old. On or about July 21, 2023, Locanto user "Rene8294925" messaged the OCE at approximately 1130 hours stating "Hey im bored too." The OCE Locanto account replied at approximately 2300 hours "Text me XXX-XXX-9854." On July 22, 2023, at approximately 0055 hours, a text message was received from 407-693-7134, "Hey im saw your ad o locanto."

10.     On August 20, 2023, the Locanto user "Rene8294925," later identified as BRAVO, messaged the OCE "Hey good morning remember me." On September 1, 2023, BRAVO messaged the OCE "Good morning."

On September 25, 2023, The OCE replied "Hey whats up." BRAVO stated,
"Hey who is this" and the OCE replied "U replied to a locanto ad. Guess u
forgot already." BRAVO replied, "Oh u think you never answer me back."
The OCE asked "Do you remember my ad?" and BRAVO replied, "To be
honest i responded to few is yours about being bored." The OCE replied
"Yeah. Bored. Im always bored."  A search of investigative resources revealed
that the phone number belongs to BRAVO.

      11.    The OCE asked BRAVO "Do u like younger girls tho?" BRAVO
replied, "How old are you." The OCE replied "I just want to be honest so no
one gets mad. Im 13." BRAVO stated, "Oh wow no thank you, sorry." The
OCE replied "No worries."

      12.    On October 16, 2023, BRAVO messaged the OCE "Hi Sofia."
The OCE replied "I thought u didnt want to talk to me lol" and "We talked
before. End of sept. You said u didnt wanna talk bc of my age...Im guessing u
donr remember me ?" BRAVO replied, "I yes it was because it sounded like a
trap lol." The OCE replied "Def not. Trust me if u dont wanna talk to me
thats cool. I get it all the time...Being 13 is so lame. People vzn be so mean."
BRAVO replied, "Oh no is fine is just weird but i dont mind talking to you."
The OCE asked BRAVO "Can I ask u a ques?" BRAVO replied "Sure." The
OCE asked "Frfr...how come u hit me back up after u didnt wanna talk?...Is it

really bc im 13 and u didnt want to talk?" BRAVO replied "Because i like i said you co i ld be the cop." The OCE replied "Hell nah im not a cop. People stop talking to me all the time bc of my age. It sucks." BRAVO replied, "Well if you not i dont mind talking to you im going to trust you…I saw your pic and you pretty." The OCE asked BRAVO what he looked like and BRAVO sent an image of himself sitting down. The OCE replied "Oooo i love ur mustache…Can i guess ur age?" BRAVO replied "Sure." The OCE stated "27. Im prob wrong lol." BRAVO replied, "30 close."

13.    The OCE asked "So have you ever met anyone from locanto?" BRAVO replied, "No not yet i want to you available lol." The OCE replied, "…Depends on if my mom is home or at work." BRAVO replied, "Well if you can get out i got my own place." The OCE replied "I cant drive lol. 2 yrs before i get my permit. How would i get there?"

14.    On October 17, 2023, BRAVO told the OCE that he worked at Disney and on October 18, 2023, BRAVO told the OCE his name was "Rene" and that he had a child that lives in Philadelphia. The OCE stated "Oooo thats cool. I want to be a mom one day when i get wayyyy older tho…There r kids in my school who are preggo. Like 12-13." BRAVO replied, "Oh wow, if they going to have sex they should have used protection." The OCE replied "I dont want that to happen to me." BRAVO replied, "Always insist on

protection if no protection no sex...Well make sure he has some if he doesn't no sex and you have to try to stick with it dont say is ok." The OCE replied "Ok. Ill make sure. Thank u for teaching me this. I feel like i kno nothing." BRAVO replied, "You know it you just have to responsible when having sex." The OCE replied, "Yeah. Def. Im happy to talk to u about this. U wont judge me for not knowing stuff. I trust u." BRAVO replied, "Oh no problem i know im too old for you but if i can give you guidance im happy to do it." BRAVO began calling the OCE, who he believed to be 13 years old, "baby." BRAVO also discussed with the OCE about condoms versus birth control pills she would have to go to the doctor to get.

15.     On October 20, 2023, the conversation continued. The OCE asked BRAVO "Waittttt. Are u a cop or something? I dont want to get in trouble." BRAVO replied "Sorry and i do like you that's why im telling you is ok...Nope i ask you that before." The OCE replied "Ur acting weird tho." BRAVO replied "I just wanted to be with you...And i just wanted you to see that thats why i told you when you ready i dont want to push anything." BRAVO also asked the OCE "And you nit a cop." The OCE replied "Im only 13 duh cant be. Im not even done with school yet." BRAVO replied "No but cops do that to catch people they pretend." BRAVO also asked the OCE for a picture of her with a piece of paper dated October 20, 2023. The OCE sent a

8

picture of the police decoy holding piece of paper dated October 20, 2023.
BRAVO discussed wanting to pay for the OCE to be picked up at her place by
an Uber. BRAVO asked the OCE if this was a trap, if he would get in trouble,
and stated "I dont know if you setting me up but i going to trust you so you
want me to come get you."

16.     On October 24, 2023, the conversation continued. The OCE
stated "People judge me all the time bc im 13. Its lame." On October 25, 2023.
The OCE reiterated her age "I dont kno what i need to do so im not shy. Im
only 13 and dont really kno everything im supposed to kno. Thats why i asked
u silly." BRAVO replied "Can I tell you something." The OCE replied "Omg
yes please." BRAVO replied "I love your lips you have such kissable lips…"
The OCE replied "Since u call me baby is there something I can call u."
BRAVO replied, "What ever you feel, I call you baby cause I feel it." The
OCE replied "Ok can i call u baby too…And are we bf and gf?" BRAVO
replied, "Would you like to be my girl." The OCE replied "Omg yessss. So
much."

17.     BRAVO asked the OCE "I mean I'm pretty open when it comes
to stuff like that now on the bedroom is different…" The OCE replied "Whats
diff in the bedroom…" BRAVO replied "Well you know some guys may do it
but I do it cause I like it and enjoy taking the woman to the clouds I love

eating p****...I'm sorry I went there..." The OCE replied "Ive never done that before. How does it feel?" BRAVO replied, "Well from what I gather from the females it feels great to me I'm just glad to see the enjoyment."

18.     The OCE continued to reiterate her age as 13 years old. On November 9, 2023, BRAVO stated "Well you such a busy 13 year old that I figure you don't have time to missed me." The OCE replied "Omg i missed u so much. I thought u were busy bc u didn't answer my last text." BRAVO replied, "I will never be busy for you, I didn't hear from you so I figure you would not even think about me." On November 17, 2023, BRAVO's last message to the OCE was "We can go if you want to." Between November 18, 2023, and February 14, 2024, there was no communication between BRAVO and the OCE.

19.     On February 15, 2024, BRAVO messaged the OCE "Hey stranger." On February 20, 2024, the OCE replied "Hiiiiii. Whatcha doing." BRAVO replied "Good and you long time no hear." The OCE replied "Omg i thought u forgot about me lol. How ya been" and "Sorry lol...I didnt mean it but im only 13 and with school and sports sometimes i forget. U can text me anytime."

20.     On February 26, 2024, BRAVO messaged the OCE "Good morning, I'm going to leave you alone but do remember you have my number

if you need anything or need to talk I will be here. Take care baby." The OCE replied "Why r u leaving me alone?...If that's how u feel u dont have to talk to me." BRAVO replied, "You are a very busy 13 year old and I appreciate it but I don't want to be waiting till you feel like talking to me but I'm here for you." The OCE replied "Im in school everyday and cant talk too much. Im sorry if u feel that way. If u dont wanna talk that's cool. Up to u."

21.     On February 27, 2024, The OCE and BRAVO discussed him being off work for several days. The OCE asked BRAVO "If u could do anything while u are off work what would it be?" BRAVO stated "Be with you..." The OCE replied "Omg. Ok. What do you wanna do." BRAVO replied, "For started I just want to hold you close as we watch a movie and kiss you and who knows." The OCE replied "Would i get in trouble." BRAVO replied, "I should be asking you that." The OCE replied "Why would you get in trouble silly. Your my boyfriend right???" BRAVO replied, "Yeah hopefully I can keep my hands of you..." The OCE replied "So if we hung out what do you want to do? Maybe i can skip school." BRAVO replied, "Don't get mad but I want you." The OCE replied "Like???" and BRAVO stated, "Cant say I don't know who looks at your phone and those conversation I won't start it unless you do...Tell me something to start." The OCE replied "I really like you...I like you said you were going to hold and

kiss me." BRAVO replied, "Yeah but u ask what else...And i told you I want u I want." The OCE replied "I want you too...Dont be mad." BRAVO replied, "I'm not mad I'm just don't want you to get shock...and you get mad." The OCE replied "As long as i dont get in trouble i wont get shocked....Im 13 and only enough not get shocked."

22.    BRAVO continued the conversation and stated, "Ok here it goes don't get mad" and "I want to take your clothes off and I want to kiss your neck and go down and lick and suck your tits then with my tongue go down and lick and stick my tongue in your pussy don't be mad." The OCE replied "Omg. Im so excited to hear that. Definitely not mad...I have watched that before but never had it done to me...Does it hurt." BRAVO replied, "Oh I love doing it till I make you tremble and cum in my mouth no it does not." The OCE asked "Can i cum? I thought only guys can."

23.    On February 28, 2024, BRAVO messaged the OCE stating that he didn't receive any of her messages and thought she was mad at him. The OCE asked "Yeah and i asked that i didn't know girls could cum. It was a legit question and u didnt answer. Made mw feel sad" and "...you made me tingle." BRAVO was selective on the messages he responded to, claiming that he wasn't receiving all of them.

24.     On February 29, 2024, BRAVO messaged the OCE "Good
morning I don't know what I did but if you want to be left alone I
understand...Hey." The OCE replied "Omg i have been sending u messages.
Are u not getting my messages. Im sad." BRAVO replied, "Don't be is not ur
fault don't know what happen." The OCE replied "I loved [heart emoji] the
convo. I thought u didn't like me anymore. I asked so many ques and none
were answered so i thought u broke up w me." BRAVO replied, "I'm not
getting your question asked now and I will to see if I get it." The OCE replied
"This is the last time im asking. You said 'i love doing it until you teemble and
come' i was asking if girls can come bc i thought boys could do that." BRAVO
replied, "Yes a girl can cum." The OCE replied "Finally u got my question. I
didnt kno that and i asked u since u said u liked to do that." BRAVO replied
"Yes...." The OCE replied "I know im only 13 but i feel like i kno
nothing...." BRAVO replied, "Like u said baby u only 13 is ok."

25.     The OCE asked BRAVO "Have u ever had a gf my age before?"
BRAVO replied "No you my first..." The OCE asked "so what are u doing
today." BRAVO replied, "Np plans as of now." The OCE replied "hopefully
something fun." BRAVO replied, "It will be when I get to do it with you...".
The OCE replied "tell me how our day would go...make me smile." BRAVO
replied, "Well it depends if you want to go put to eat or want to stay in and we

order pizza and just chill watch what you want" and "So I guess we stay in and pig out and relax." The OCE replied "that would be cool...would it be at your house or mine." BRAVO replied, "Baby mine remember your mom lol." The OCE replied "just hanging would be cool...when when when." BRAVO replied, "Remember baby is on you....Ok when you ready." The OCE replied "oh im ready just worried i wont be what you want." BRAVO replied, "I like you get thru your head." The OCE asked "what shows would we watch if i came over...i might go to sleep if i relax to much." BRAVO replied, "Is ok as long you by side." The OCE replied "that would be nice...i have tingles in my belly." BRAVO replied, "Can I kiss it." The OCE replied "well yes. will that make me come...so would laying next to u make me come...so many questions." BRAVO replied, "Noni have to eat you but you may get excited enough that you may." The OCE asked "eat???" BRAVO responded, "Baby we been thru this eat your p." The OCE replied "im sorry...thats why they call it eating a person out....ohhhhh...that would be fun...would we do that." BRAVO replied, "See you get it." The OCE replied "i cant get pregnant can i." BRAVO replied, "Only if you have unprotected sex." The OCE replied "isnt eating someone out sex." BRAVO replied, "But you can't get pregnant." The OCE replied "it sounds fun." BRAVO replied, "I think you like it." The OCE asked "would you eat me out before pizza or after pizza." BRAVO

14

replied, "How you want." The OCE replied "how do we start…im starting to tingle again." BRAVO replied, "Kissing first then Kissing the neck and on down…." The OCE replied "and then." BRAVO replied, "Eat you out…Letting the tongue do the work." The OCE replied "well im skipping school today and mom just went to work….u let me know." BRAVO replied, "And where u want me to pick u up."

26.     The OCE replied "i can walk to a gas station down the street…let me find an address." The OCE provided the address of the Wawa gas station in Winter Park, Florida. The OCE told BRAVO she would be there at 11:30 AM. BRAVO replied, "I will leave so I can be there before you." At approximately 10:51 AM, BRAVO messaged the OCE "Ok baby I'm going to start heading that way" and shortly thereafter messaged "I'm almost there I left early." At approximately 11:08 AM, the OCE told BRAVO she was heading to the Wawa. The OCE asked BRAVO "Can u get me a mountain dew please?…." BRAVO replied "Ok…That's it…Bottle." The OCE replied "Yeah."

27.     At approximately 11:10 AM, a gray 2023 Honda pickup truck registered to BRAVO's ex-wife, according to Florida's Driver and Vehicle Information Database (DAVID), was observed in the parking lot. BRAVO was observed getting out of the vehicle, walking into the gas station and

purchasing a mountain dew, as the OCE had requested. After purchasing the drink, BRAVO walked out into the parking lot, where FBI agents and task force officers made contact with BRAVO. He was handcuffed and placed into a vehicle to be interviewed.

28.     During the interview, BRAVO provided the password to his cell phone (the DEVICE). Law enforcement made a call to the phone number with which the OCE had bee communicating, which rang on the DEVICE. While the DEVICE rang, an FBI agent observed by looking at the exterior of the phone that the OCE's number had been stored into the DEVICE as "Sonia."[1]

## INTERVIEW OF RENE BRAVO

29.     BRAVO was advised that he was under arrest. BRAVO was then advised of his Miranda Rights. He subsequently gave a recorded interview to the law enforcement officers. During the interview, BRAVO admitted to traveling to the location to meet a 13-year-old girl and perform oral sex on the child. He stated that he knew it was illegal to perform oral sex on a 13-year-old and that he drove approximately 50 minutes from his residence in Kissimmee in order to meet a 13-year-old to engage in oral sex, with the intention of bringing the child back to his residence.  BRAVO

---

[1] Although the OCE had introduced herself as "Sofia," BRAVO appears to have entered the OCE's phone number into his DEVICE as "Sonia."

admitted to using his cell phone, a dark gray Samsung SM-S928U1, to communicate with the notional 13-year-old girl he met on Locanto.

## IDENTIFICATION OF THE DEVICE TO BE EXAMINED

30.     The property to be searched is a Dark Gray Samsung SM-S928U1, hereinafter "the DEVICE." The DEVICE is currently located at the FBI Orlando Resident Agency located at 480 South Keller Road, Orlando, Florida 32810.

31.     The applied-for warrant would authorize the forensic examination of the DEVICE for the purpose of identifying electronically stored data particularly described in Attachment B.

## TECHNICAL TERMS

32.     Based on my training and experience, I use the following technical terms to convey the following meanings:

> a. Wireless telephone:  A wireless telephone (or mobile telephone, or cellular telephone) is a handheld wireless device used for voice and data communication through radio signals.  These telephones send signals through networks of transmitter/receivers, enabling communication with other wireless telephones or traditional "land line" telephones. A wireless telephone

usually contains a "call log," which records the telephone number, date, and time of calls made to and from the phone. In addition to enabling voice communications, wireless telephones offer a broad range of capabilities. These capabilities include: storing names and phone numbers in electronic "address books;" sending, receiving, and storing text messages and e-mail; taking, sending, receiving, and storing still photographs and moving video; storing and playing back audio files; storing dates, appointments, and other information on personal calendars; and accessing and downloading information from the Internet. Wireless telephones may also include global positioning system ("GPS") technology for determining the location of the device.

b. Digital camera: A digital camera is a camera that records pictures as digital picture files, rather than by using photographic film. Digital cameras use a variety of fixed and removable storage media to store their recorded images. Images can usually be retrieved by

18

connecting the camera to a computer or by connecting the removable storage medium to a separate reader. Removable storage media include various types of flash memory cards or miniature hard drives. Most digital cameras also include a screen for viewing the stored images. This storage media can contain any digital data, including data unrelated to photographs or videos.

c. IP Address: An Internet Protocol address (or simply "IP address") is a unique numeric address used by computers on the Internet. An IP address is a series of four numbers, each in the range 0-255, separated by periods (e.g., 121.56.97.178). Every computer attached to the Internet computer must be assigned an IP address so that Internet traffic sent from and directed to that computer may be directed properly from its source to its destination. Most Internet service providers control a range of IP addresses. Some computers have static—that is, long-term—IP addresses, while other computers have dynamic—that is, frequently

19

changed—IP addresses.

    d.  Internet: The Internet is a global network of computers and other electronic devices that communicate with each other. Due to the structure of the Internet, connections between devices on the Internet often cross state and international borders, even when the devices communicating with each other are in the same state.

33.    Based on my training, experience, and research, I know that the DEVICE has capabilities that allow it to serve as communication device to entice and collect images of Child Sexual Abuse Materials (CSAM). In my training and experience, examining data stored on devices of this type can uncover, among other things, evidence that reveals or suggests who possessed or used the DEVICE.

## ELECTRONIC STORAGE AND FORENSIC ANALYSIS

34.    Based on my knowledge, training, and experience, I know that electronic devices can store information for long periods of time. Similarly, things that have been viewed via the Internet are typically stored for some period of time on the device. This information can sometimes be recovered with forensics tools.

35. As further described in Attachment B, this application seeks permission to locate not only electronically stored information that might serve as direct evidence of the crimes described on the warrant, but also forensic evidence that establishes how the DEVICE was used, the purpose of its use, who used it, and when. There is probable cause to believe that this forensic electronic evidence might be on the DEVICE because:

    a. Data on the storage medium can provide evidence of a file that was once on the storage medium but has since been deleted or edited, or of a deleted portion of a file (such as a paragraph that has been deleted from a word processing file).

    b. Forensic evidence on a device can also indicate who has used or controlled the device. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence.

    c. A person with appropriate familiarity with how an electronic device works may, after examining this forensic evidence in its proper context, be able to draw conclusions about how electronic devices were used,

the purpose of their use, who used them, and when.

    d. The process of identifying the exact electronically stored information on a storage medium that is necessary to draw an accurate conclusion is a dynamic process. Electronic evidence is not always data that can be merely reviewed by a review team and passed along to investigators. Whether data stored on a computer is evidence may depend on other information stored on the computer and the application of knowledge about how a computer behaves. Therefore, contextual information necessary to understand other evidence also falls within the scope of the warrant.

    e. Further, in finding evidence of how a device was used, the purpose of its use, who used it, and when, sometimes it is necessary to establish that a particular thing is not present on a storage medium.

36.    Based on the foregoing, and consistent with Rule 41(e)(2)(B), the warrant I am applying for would permit the examination of the DEVICE consistent with the warrant. The examination may require authorities to employ techniques, including but not limited to computer-assisted scans of the

entire medium, that might expose many parts of the DEVICE to human inspection in order to determine whether it is evidence described by the warrant.

37.     Because this warrant seeks only permission to examine a device already in law enforcement's possession, the execution of this warrant does not involve the physical intrusion onto a premises. Consequently, I submit there is reasonable cause for the Court to authorize execution of the warrant at any time in the day or night.

## CONCLUSION

38.     I believe there is probable cause that BRAVO, using facilities or means of interstate commerce, that is, the Internet and a cell phone, did knowingly attempt to persuade, induce, and entice an individual whom BRAVO believed had not attained the age of 18 years, to engage in sexual activity for which he could have been charged with lewd or lascivious battery (engage in sexual activity with a person 12 years of age or older but less than 16 years of age), in violation of Fla. Stat. § 800.04(4)(a)(1) & (2), all in violation of 18 U.S.C. § 2422(b). I also submit that this affidavit supports probable cause for a search warrant authorizing the examination of the

DEVICE described in Attachment A to seek the items described in

Attachment B.

_____

Jennifer Wing, Task Force Officer
Federal Bureau of Investigation

Affidavit submitted by email
and attested to me as true
and accurate by telephone or
video conference consistent
with Fed.R.Crim. P. 41(d)(3)
this  1st  day of March,
2024.

_____

HON. DAVID BAKER
United States Magistrate Judge

24

## ATTACHMENT A

The property to be searched is a Dark Gray Samsung SM-S928U1, hereinafter "the DEVICE." The DEVICE is currently located at the FBI Orlando Resident Agency, located at 480 South Keller Road, Orlando, Florida 32810.

This warrant authorizes the forensic examination of the DEVICE for the purpose of identifying the electronically stored information described in Attachment B.

## ATTACHMENT B

### Particular Items to be Seized

1.      All records on the DEVICE described in Attachment A that relate to violations of 18 U.S.C. § 2422(b) and involve RENE BRAVO since July 1, 2023, including:

      a.      Electronically stored communications or messages reflecting chat sessions with any minor or child victim.

      b.      Any documents or records regarding the sexual exploitation of any minor.

      c.      Any documents, records, programs, or applications relating to the existence of counter-forensic programs (and associated data) that are designed to eliminate data from cellular phones.

2.      Evidence of user attribution showing who used or owned the DEVICE at the time the events described in this warrant were created, edited, or deleted, such as logs, documents, saved usernames and passwords, internet searches, and browsing history.

3.      Any records or information about Internet Protocol addresses accessed or used by the DEVICE.

4.    Evidence that the DEVICE was attached to any other storage devices or similar containers for electronic evidence, to include other devices that connected via Bluetooth, direct connection, Airdrop, or another Wi-Fi/Bluetooth enabled sharing app or capability between devices.

As used above, the terms "records" and "information" include all the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of electronic storage such as on a SIM card and any photographic form.